No. 82–1565. BACCHUS IMPORTS, LTD., ET AL. *v.* FREITAS, DIRECTOR OF TAXATION OF HAWAII, ET AL. Sup. Ct. Haw. [Probable jurisdiction noted, 462 U. S. 1130.] Motion of appellee George Freitas, Director of Taxation of the State of Hawaii, to dismiss the appeal or remand the case denied. JUSTICE BRENNAN took no part in the consideration or decision of this motion.

No. 82–1579. HAYFIELD NORTHERN RAILROAD CO., INC., ET AL. *v.* CHICAGO & NORTH WESTERN TRANSPORTATION CO. C. A. 8th Cir. [Probable jurisdiction noted, *ante,* p. 812.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 82–1724. NEW YORK *v.* UPLINGER ET AL. Ct. App. N. Y. [Certiorari granted, *ante,* p. 812.] Motion of respondent Butler for divided argument denied. JUSTICE MARSHALL would grant this motion.

No. 82–1766. SECURITIES INDUSTRY ASSN. ET AL. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 812.] Motion of petitioners for divided argument denied. JUSTICE MARSHALL would grant this motion.

No. 82–1771. UNITED STATES *v.* LEON ET AL. C. A. 9th Cir. [Certiorari granted, 463 U. S. 1206.] Motion of respondents Sanchez et al. for modification of order granting divided argument [*ante,* p. 889] denied.

No. 82–1795. CAPITAL CITIES CABLE, INC., ET AL. *v.* CRISP, DIRECTOR, OKLAHOMA ALCOHOLIC BEVERAGE CONTROL BOARD. C. A. 10th Cir. [Certiorari granted, *ante,* p. 813.] Motion of petitioners for divided argument denied. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral argument denied.

No. 82–1860. SCHNEIDER MOVING & STORAGE CO. *v.* ROBBINS ET AL.; and
No. 82–1862. PROSSER'S MOVING & STORAGE CO. *v.* ROBBINS ET AL. C. A. 8th Cir. [Certiorari granted, *ante,* p. 813.] Motion of petitioners in No. 82–1860 for divided argument granted. Motion of petitioners in No. 82–1862 for divided argument granted. Requests for additional time for oral argument denied.